No. State 136. MUSKAVITCH, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 214 N. W. 2d 319.)

The cause was submitted for the plaintiff in error on the brief of *Edward F. Neubecker* of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Order affirmed.